DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
STEWART BRUMBELOE, ESQ.
Nevada Bar No. 16813
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANI MOORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Foreign corporation,<br><br>Defendant. | Case No. 2:26-cv-01619-JAD-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR IA 6-1, IA 6-2, and 7-1, Plaintiff Amani Moore and Defendant T-Mobile USA, Inc., by and through their respective counsel, hereby stipulate and agree to a two-week extension of time for Defendant to file its response to the complaint (ECF No. 1) to **July 21, 2026**. This is the first stipulation for an extension of the deadline to respond to the complaint.

Good cause and excusable neglect warrants the stipulated extension. Defendant was served on June 16, 2026, and has recently retained counsel. Its attorneys need additional time to familiarize themselves with the case. Defendant will therefore need the extension to adequately prepare a response to the complaint. In stipulating to the extension, the parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have. *See Szanto v.*

*Marina Marketplace 1, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).


Dated: June 30, 2026

HATFIELD & ASSOCIATES, LTD.                    JACKSON LEWIS P.C.

*/s/  Trevor Hatfield*                          */s/ Stewart Brumbeloe*
Trevor J. Hatfield                              Deverie Christensen
Nevada Bar No. 7373                             Nevada Bar No. 6596
703 South Eighth Street                         Tenesa Powell
Las Vegas, NV 89101                             Nevada Bar No. 12488
                                                Stewart Brumbeloe
*Attorney for Plaintiff*                        Nevada Bar No. 16813
*Amani Moore*                                   300 S. Fourth Street, Suite 900
                                                Las Vegas, Nevada 89101

                                                *Attorneys for Defendant*
                                                *T-Mobile USA, Inc.*


                    **IT IS SO ORDERED.**

                    _____
                    UNITED STATES MAGISTRATE JUDGE

                    DATED:   6/30/2026

2