DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
TENESA POWELL, ESQ.
Nevada Bar No. 12488
STEWART BRUMBELOE, ESQ.
Nevada Bar No. 16813
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
Email: tenesa.powell@jacksonlewis.com
Email: stewart.brumbeloe@jacksonlewis.com

*Attorneys for Defendant*
*T-Mobile USA, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANI MOORE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>T-MOBILE USA, INC., a Foreign corporation,<br><br>Defendant. | Case No. 2:26-cv-01619-JAD-DJA<br><br>**STIPULATION AND ORDER:**<br><br>**(1) TO ARBITRATE CASE; AND**<br><br>**(2) TO STAY CASE PENDING COMPLETION OF ARBITRATION**<br><br>ECF Nos. 14, 15, 16, 18, 19 |

Plaintiff Amani Moore ("Plaintiff"), by and through her counsel, Hatfield & Associates, Ltd., and Defendant T-Mobile USA, Inc. ("Defendant"), by and through its counsel, the law firm of Jackson Lewis P.C., hereby stipulate and agree as follows:

1. Plaintiff and Defendant are parties to a Mutual Agreement to Arbitrate (the "Arbitration Agreement") which provides that all disputes arising out of Plaintiff's employment with Defendant are subject to resolution by final and binding arbitration.

2. The Arbitration Agreement is valid and binding on the parties.

3. Plaintiff and Defendant agree to utilize Judicial Arbitration and Mediation Services ("JAMS").

4. All of Plaintiff's claims shall be submitted to and resolved by final, binding and private arbitration in accordance with the Arbitration Agreement and the applicable JAMS Employment Arbitration Rules and Procedures.

5. Plaintiff shall initiate arbitration proceedings with JAMS no later than October 2, 2026.

6. Defendant's Motion to Compel Arbitration (ECF No. 14), Motion to Stay Discovery Pending Decision on Motion to Compel Arbitration (ECF No. 15), and Motion to Stay Case Pending Completion of Arbitration (ECF No. 16) (the "Motions") shall be withdrawn.

7. The hearing on the Motions currently set for September 2, 2026 at 1:30 PM shall be vacated.

8. This case shall be stayed in this Court pursuant to 9 U.S.C. § 3 pending completion of arbitration.

9. The Parties are not waiving, relinquishing, or otherwise impairing any claim, defense, argument, or other right they may have by virtue of entering into this Stipulation. *Szanto v. Marina Marketplace I, LLC*, No. 3:11-cv-00394-RCJ-VPC, 2013 U.S. Dist. LEXIS 168028, at *10 (D. Nev. Nov. 26, 2013).

Dated this 29th day of July, 2026.

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor Hatfield*
Trevor J. Hatfield, Bar # 7373
703 S. Eighth St.
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Amani Moore*

JACKSON LEWIS P.C.

*/s/ Stewart Brumbeloe*
Deverie J. Christensen, Bar # 6596
Tenesa Powell, Bar # 12488
Stewart Brumbeloe, Bar # 16813
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant T-Mobile USA, Inc.*

**ORDER**

Based on the parties' stipulation **[ECF Nos. 18, 19]** and good cause appearing, IT IS HEREBY ORDERED that THIS CASE IS STAYED pending arbitration. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case. The motion to compel arbitration, stay discovery, and stay the case **[ECF Nos. 14, 15, 16] is DENIED** as moot, and the 9/2/26 hearing on that motion is VACATED.

U.S. District Judge Jennifer A. Dorsey
Dated: July 29, 2026